[Crim. No. 1394. Third Appellate District.—September 11, 1934.]

THE PEOPLE, Respondent, v. C. H. SCHUMACHER, Appellant.

Edward Bickmore for Appellant.

U. S. Webb, Attorney-General, and Ralph H. Cowing, Deputy Attorney-General, for Respondent.

THE COURT.—The appellant was convicted in the Superior Court of Merced County of a felony, to wit: Manslaughter.

The transcript on appeal was filed in this court July 26, 1934. No brief has been filed in behalf of appellant. The cause was regularly placed on the calendar for oral argument on September 11, 1934. No appearance was made for appellant at the time the case was called for hearing.

Pursuant to the provisions of section 1253 of the Penal Code the judgment and the order are affirmed.